## CLAY v. STATE.
### No. 16097.

Court of Criminal Appeals of Texas.

June 14, 1933.

Z. J. Spruiell, Jr., and Oran Lowry, both of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for transporting intoxicating liquor; punishment assessed being one year in the penitentiary.

The indictment is regular. No statement of facts or bills of exception are brought forward. In such condition nothing is presented for review.

The judgment is affirmed.